IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YVENS FELIX,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0861

Opinion filed June 28, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Yvens Felix, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.